In the Matter of Clifford W. Hartridge.— The respondent may have until January 5, 1914, to issue the commission provided for in the order entered on November 28, 1913. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Bernard G. Cecire.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Ig. Roth, Incorporated, v. Rebecca Rosenthal.— Motion granted. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Morris & Cumings Dredging Company.— Motion denied. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.